HYDE & SWIGART
Joshua V. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
David C. Leimbach (SBN: 265409)
dleimbach@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

JS-6

KAZEROUNI LAW GROUP
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
2700 North Main Street, Suite 1050
Santa Ana, CA 92866
Telephone: 800.400.6808
Facsimile: 800.520.5523

Attorneys for Plaintiff MOHAMMAD SARABI

BINGHAM McCUTCHEN LLP
Jason H. Anderson (SBN 172087)
jason.anderson@bingham.com
Michael D. Mortenson (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Defendants
VONAGE AMERICA, INC.
VONAGE HOLDINGS CORP., AND
VONAGE MARKETING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SARABI, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VONAGE AMERICA, INC. VONAGE HOLDINGS CORP., and VONAGE MARKETING, INC.,<br><br>Defendants. | Case No. SACV 10-0239 JVS (MLGx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: Jan. 15, 2010 |

A/73313749.1

1  IT IS SO ORDERED:

2  Good cause being shown, all claims or causes of action asserted in this suit
3  between Plaintiff, Mohammad Sarabi and Defendants, Vonage America, Inc.,
4  Vonage Holdings Corp., and Vonage Marketing, Inc., (n/k/a Vonage Marketing,
5  LLC), are hereby dismissed with prejudice.

6  It is further ordered that all attorneys' fees and costs are to be borne by the
7  party that incurred them.

9  DATED:
   March 15, 2010 _____

   _____
   The Hon. James V. Selna
   United States District Judge

A/73313749.1